1  MICHAEL NOURMAND (Cal. State Bar No. 198439)
2  JAMES A. DE SARIO (Cal. State Bar No. 262552)
   THE NOURMAND LAW FIRM, APC
3  1801 Century Park East, Suite 2600           E-FILED 08/08/11
   Los Angeles, California 90067                JS-6
4  Telephone: (310) 553-3600
   Facsimile: (310) 553-3603
5  E-mail: mnourmand@nourmandlawfirm.com
6  E-mail: jdesario@nourmandlawfirm.com

7  Attorneys for Plaintiff Roubina Naiyan

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JENNIFER Y. OH (Cal. State Bar No. 260370)
9  PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12 E-mail: jeffwohl@paulhastings.com
13 E-mail: jenniferroth@paulhastings.com

14 Attorneys for Defendants
   Sodexo, Inc., and SDH Services West, LLC
15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

19 | ROUBINA NAIYAN, on behalf of herself        No. CV10-09872 PSG (CWx)
   | and all others similarly situated,
20 |                                             **[PROPOSED] ORDER GRANTING
   |         Plaintiffs,                         STIPULATION OF DISMISSAL OF
21 |                                             ACTION**
   |      vs.
22 |
23 | SODEXO, INC., a Delaware corporation;
   | SDH Services West, LLC, a Delaware
24 | limited liability company; and DOES 1
   | through 100, inclusive.
25 |
   |         Defendants.
26

27

28
   LEGAL_US_W # 68756974.1                      ORDER GRANTING STIPULATION OF DISMISSAL
                                                U.S.D.C., C.D. Cal., No. CV10-09872 PSG (CWx)

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that the claims asserted by plaintiff Roubina Naiyan on behalf of
3  herself individually be and hereby are DISMISSED WITH PREJUDICE; that the claims
4  asserted by plaintiff on behalf of the class she proposed be and hereby are DISMISSED
5  WITHOUT PREJUDICE; and that each side bears its own costs and attorneys' fees.

6  Dated: August  5 , 2011.

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge